## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION


FRANK NALI,

                Plaintiff,                Case Number: 06-CV-15265

v.                                    HON. NANCY G. EDMUNDS

WILLIAM C. WHITBECK,

                Defendant.

                                   /

### ORDER OF TRANSFER

Plaintiff Frank Nali has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); Al-Muhaymin v. Jones, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place in Lansing, Michigan. Defendant also resides in Lansing, Michigan. Lansing, Michigan is located in Ingham County, which is in the Western District of Michigan, Southern Division. *See* 28 U.S.C. § 102(b). Thus, venue is not appropriate in this district. The Court, therefore, will transfer the matter to the district where the claim arose, the Western District of Michigan, Southern Division. Because the Court has found that venue is not appropriate in this district, the Court shall not address Plaintiff's Application to Proceed Without Prepayment of Fees and Costs.

Dockets.Justia.com

Accordingly, in the interests of justice, the Court exercises its discretion and transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Southern Division. The Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan, Southern, Division.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  December 1, 2006

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2006, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager